UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Willie Lee Smith, Jr.                                             Chapter 13
                                                                           Case No. _
Debtor.

## Chapter 13 Plan

Address:        Debtor   5197 Tudor Court Cove, Memphis, TN 38125

Plan Payment:

Debtor Shall Pay:   $1,370.00 Monthly   By:      (X) Direct Pay  Self-Employment
      Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                           (X) Yes   ( )  No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  ( ) Yes   (X) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                         ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:     ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:         Monthly Pmt.
                                     ongoing payment begins
                                     Approximate arrearage
                                     ongoing payment begins
                                     Approximate arrearage

5. Priority Claims:                                                                              Monthly Pmt.
                                                                  Amount
                                                                  Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or (X) Paid by Trustee To:              Monthly Pmt.
   BSI Mortgage               ongoing payment begins   April 2019                                 $1,026.12
                              Approximate arrearage   $15,405.00      Interest      0.00%          $257.00
                              ongoing payment begins
                              Approximate arrearage                   Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value      Interest Rate   Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral | |
|---|---|---|
| | Collateral | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

11. Student Loan Claims and Other Long Term Claims:

   _____  ( ) Not Provided For    ( ) General Unsecured Creditor
   _____  ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    _____  ( ) Assume    ( ) Reject
    _____  ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908         Date   January 22, 2019
   Debtor's Attorney's Signature

January 22, 2019

910 > July 26, 2016